IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00277-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON ARC BRUTSCH,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant's motion for immediate sentencing is granted on condition that the probation officer provide the court with its recommendation prior to the hearing date.


Dated: September 5, 2007

                                            s/ Jane Trexler, Judicial Assistant