IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00277-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON ARC BRUTSCH,

    Defendant.

———————————————————————————————————————

**MINUTE ORDER**
———————————————————————————————————————

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing on the supervised release violation will be held **September 21, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: July 22, 2010

                                              s/ Jane Trexler, Judicial Assistant