# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 07-cr-00277-WDM-01 |
| | USM Number: 34807-013 |
| JASON ARC BRUTSCHE | Scott Varholak, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Law Violation (Driving Under the Influence of Alcohol and Careless Driving) | 12/23/09 |
| 2 | Use and Possession fo Alcohol | 12/23/09 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 21, 2010
Date of Imposition of Judgment

s/ Walker D. Miller
Signature of Judge

Walker D. Miller, Senior U.S. District Judge
Name & Title of Judge

September 22, 2010
Date

DEFENDANT: JASON ARC BRUTSCHE
CASE NUMBER: 07-cr-00277-WDM-01  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Use and Possession of Alcohol | 02/06/10 |
| 4 | Use and Possession fo a Controlled Substance | 06/03/10 |
| 5 | Failure to Participate in Drug/Alcohol Treatment as Directed by the Probation Officer | 06/16/10 |
| 6 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 05/25/10 |
| 7 | Failure to Obtain Permission from the Probation Officer to Associate with any Person Engaged in Criminal Activity or with any Person Convicted of a Felony | 03/10/10 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

The Court recommends that the Bureau of Prisons credit the defendant sixty-nine (69) days time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____  
Deputy United States Marshal